WRIGHT, FINLAY & ZAK, LLP
Dana Jonathon Nitz, Esq.
Nevada Bar No. 0050
Patrick J. Davis, Esq.
Nevada Bar No. 13330
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
pdavis@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-6, Asset-Backed Certificates Series 2006-6*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-6, ASSET-BACKED CERTIFICATES SERIES 2006-6,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and INDEPENDENCE II HOMEOWNERS' ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-01128-GMN-VCF<br><br>**STIPULATION AND ORDER FOR POSTING OF SECURITY COSTS PURSUANT TO NRS 18.130(1)** |

Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-6, Asset-Backed Certificates Series 2006-6 ("U.S. Bank"), by and through its attorneys of record, Dana Jonathon Nitz, Esq. and Patrick J. Davis, Esq. of the law firm Wright, Finlay & Zak, and SFR Investments Pool 1, LLC (hereinafter "SFR") "), by and through its attorneys of record, Diana Cline Ebron, Esq. and Jacqueline A. Gilbert, Esq. of the law firm Kim Gilbert Ebron, hereby stipulate and agree as follows:

1. On May 25, 2017, SFR demanded the deposit of a five-hundred ($500.00) cost bond pursuant to NRS 18.130(1) [Doc No. 12]; and

2. U.S. Bank does not oppose this demand but needs an Order from this Court before the Clerk will accept the bond.

**IT IS SO STIPULATED.**

| KIM GILBERT EBRON | WRIGHT, FINLAY & ZAK, LLC |
|---|---|
| */s/ Diana Cline Ebron, Esq.* | */s/ Patrick J. Davis, Esq.* |
| Diana Cline Ebron, Esq. | Dana Jonathon Nitz, Esq. |
| Nevada Bar No. 10580 | Nevada Bar No. 0050 |
| Jacqueline A. Gilbert, Esq. | Patrick J. Davis, Esq. |
| Nevada Bar No. 10593 | Nevada Bar No. 13330 |
| Karen L. Hanks, Esq. | 7785 West Sahara Avenue, Suite 200 |
| Nevada Bar No. 009578 | Las Vegas, NV 89117 |
| 7625 Dean Martin Drive, Suite 110 | *Attorneys for Plaintiff, U.S. Bank National* |
| Las Vegas, Nevada 89139 | *Association, as Trustee for GSAA Home Equity* |
| *Attorneys for SFR Investments Pool 1, LLC* | *Trust 2006-6, Asset-Backed Certificates Series 2006-6* |

**IT IS ORDERED** that U.S. Bank will post a $500.00 security cost bond, pursuant to NRS 18.130(1) with the Clerk of this Court fifteen within (15) days after this Order is filed.

DATED this 2nd day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE