ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
RACHEL L. WISE, ESQ.
Nevada Bar No. 12303
GORDON REES SCULLY MANSUKHANI, LLP
300 South Fourth Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9304
Facsimile: (702) 255-2858
E-Mail: rlarsen@gordonrees.com
      rwise@gordonrees.com

*Attorneys for Independence II Homeowners' Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-6, ASSET-BACKED CERTIFICATES SERIES 2006-6,<br><br>        Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and INDEPENDENCE II HOMEOWNERS' ASSOCIATION,<br><br>        Defendants. | Case No.: 2:17-cv-01128-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT (ECF Nos. 31 and 32)**<br><br>**(FIRST REQUEST)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>        Counter/Cross-Claimant,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-6, ASSET-BACKED CERTIFICATES SERIES 2006-6; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE BENEFICIARY FOR ASTORIA FINANCIAL, LLC; ASHLEY THOMPSON, an individual,<br><br>        Counter/Cross-Defendants. | |

Defendant Independence II Homeowners' Association ("Independence') and Plaintiffs

U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

2006-6, ASSET-BACKED CERTIFICATES SERIES 2006-6 ("US Bank"), and Counterdefendant's, Mortgage Electronic Registration Systems, Inc. ("MERS"), ") hereby stipulate and agree that a reciprocal extension of seven (7) days, up to and including **January 17, 2018,** shall be granted to Plaintiffs and Defendant to file their response to their respective Motions for Summary Judgment. ECF Nos. 31 and 32. Plaintiffs' and Defendant's Motions for Summary Judgment were filed contemporaneously on December 20, 2017.

Recently, multiple stays have been lifted that add to an abnormally heavy case load at this point in time. Counsel for both Parties are experiencing an abnormally heavy case load and trial preparation as well as multiple motion hearings and depositions that require additional time to review and analyze the issues presented. This created a delay in review and response.

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

| DATED this 10th day of January, 2018. | DATED this 10th day of January, 2018. |
|---|---|
| **WRIGHT, FINLAY & ZAK, LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| */s/ Patrick J. Davis* <br> Edgar C. Smith, Esq. <br> Nevada Bar No. 5506 <br> Patrick J. Davis, Esq. <br> Nevada Bar No. 13330 <br> 7785 W. Sahara Ave., Suite 200 <br> Las Vegas, NV 89117 | */s/ Rachel L. Wise* <br> ROBERT S. LARSEN, ESQ. <br> Nevada Bar No. 7785 <br> RACHEL L. WISE, ESQ. <br> Nevada Bar No. 12303 <br> 300 S. Fourth Street, Suite 1550 <br> Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-6, Asset-Backed Certificates Series 2006-6* | *Attorneys for Independence II Homeowners' Association* |

**IT IS SO ORDERED.**

Dated this  12  day of January, 2018.

_____
**Gloria M. Navarro, Chief Judge**
**UNITED STATES DISTRICT COURT**

-2-

Case No.: 2:17-cv-01128-GMN-VCF

STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS FOR SUMMARY JUDGMENT (ECF Nos. 31 and 32) (FIRST REQUEST)