1 | WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
2 | Nevada Bar No. 5506
Patrick J. Davis, Esq.
3 | Nevada Bar No. 13330
7785 W. Sahara Ave., Suite 200
4 | Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
5 | pdavis@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust
6 | 2006-6, Asset-Backed Certificates Series 2006-6 and Cross-Defendant, Mortgage Electronic
Registration Systems, Inc., as Nominee Beneficiary for Astoria Financial, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-6, ASSET-BACKED CERTIFICATES SERIES 2006-6,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and INDEPENDENCE II HOMEOWNERS' ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-01128-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO INDEPENDENCE II HOMEOWNERS' ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT [ECF No. 31]**<br><br>**[Second Request]** |
| SFR INVESTMENTS POOL I, LLC<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-6, ASSET-BACKED CERTIFICATES SERIES 2006; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE BENEFICIARY FOR ASTORIA FINANCIAL, LLC; ASHLEY THOMPSON, an individual,<br><br>Counter/Cross-Defendants. | |

Plaintiff U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-6, Asset-Backed Certificates Series 2006-6 and Cross-Defendant, Mortgage Electronic Registration Systems, Inc., as Nominee Beneficiary for Astoria Financial, LLC ("Plaintiff") and Defendant, Independence II Homeowners' Association ("the HOA"), by and through their respective counsel of record, stipulate and agree to extend the deadline to respond to the HOA's Motion for Summary Judgment (ECF No. 31) for one (1) week until January 24, 2017. The HOA's Motion for Summary Judgment was filed on December 20, 2017.

Recently, multiple stays have been lifted that add to an abnormally heavy case load at this point in time. Counsel for Plaintiff is experiencing an abnormally heavy case load and trial preparation as well as multiple motion hearings and depositions that require additional time to review and analyze the issues presented. This created a delay in review and response.

This is the parties' second request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

**IT IS SO STIPULATED.**

DATED this 17th day of January, 2018.              DATED this 17th day of January, 2018.

WRIGHT, FINLAY & ZAK, LLP                          GORDON REES SCULLY MANSUKHANI, LLP

/s/ Patrick J. Davis, Esq.                         /s/ Rachel L. Wise, Esq.

Edgar C. Smith, Esq.                               Robert S. Larsen, Esq.
Nevada Bar No. 5506                                Nevada Bar No. 7785
Patrick J. Davis, Esq.                             Rachel L. Wise, Esq.
Nevada Bar No. 13330                               Nevada Bar No. 12303
*Attorneys for Plaintiff U.S. Bank and             *Attorneys for Defendant Independence II
Cross-Defendant, Mortgage Electronic               Homeowners' Association*
Registration Systems, Inc.*

**ORDER**

**IT IS SO ORDERED.**

DATED this 23 day of January, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATE DISTRICT JUDGE