WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Patrick J. Davis, Esq.
Nevada Bar No. 13330
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
pdavis@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-6, Asset-Backed Certificates Series 2006-6 and Cross-Defendant, Mortgage Electronic Registration Systems, Inc., as Nominee Beneficiary for Astoria Financial, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-6, ASSET-BACKED CERTIFICATES SERIES 2006-6,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and INDEPENDENCE II HOMEOWNERS' ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-01128-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND REPLY DEADLINE**<br><br>**[First Request]** |
| SFR INVESTMENTS POOL I, LLC<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-6, ASSET-BACKED CERTIFICATES SERIES 2006; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE BENEFICIARY FOR ASTORIA FINANCIAL, LLC; ASHLEY THOMPSON, an individual,<br><br>Counter/Cross-Defendants. | |

Plaintiff U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-6, Asset-Backed Certificates Series 2006-6 and Cross-Defendant, Mortgage Electronic Registration Systems, Inc., as Nominee Beneficiary for Astoria Financial, LLC ("Plaintiff") and Defendants SFR Investments Pool 1, LLC ("SFR"), by and through their respective counsel of record, stipulate and agree to extend the deadline for Plaintiff to file a Reply in support of its Motion for Summary Judgment, currently set for **January 24, 2017** until **January 31, 2018**.

Due to an inadvertent calendaring error, Plaintiff mistook the filing deadline for the one that is now being stipulated to, and SFR has agreed to allow Plaintiff to abide by that deadline. This extension is sought in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 24th day of January, 2018. | DATED this 24th day of January, 2018. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | KIM GILBERT EBRON |
| */s/ Patrick J. Davis* | */s/ Jacqueline A. Gilbert* |
| Edgar C. Smith, Esq.<br>Nevada Bar No. 5506<br>Patrick J. Davis, Esq.<br>Nevada Bar No. 13330<br>*Attorneys for Plaintiff U.S. Bank and Cross-Defendant, Mortgage Electronic Registration Systems, Inc.* | Diana C. Ebron, Esq.<br>Nevada Bar No. 10580<br>Jacqueline A. Gilbert, Esq.<br>Nevada Bar No. 10593<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>*Attorney for Defendant/Counter/Cross-claimant, SFR Investments Pool 1, LLC* |

**ORDER**

**IT IS SO ORDERED:**

Dated this 29 day of January, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATE DISTRICT JUDGE