WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-6, Asset-Backed Certificates Series 2006-6*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-6, ASSET-BACKED CERTIFICATES SERIES 2006-6, <br><br> Plaintiff, <br><br> vs. <br><br> SFR INVESTMENTS POOL 1, LLC; and INDEPENDENCE II HOMEOWNERS' ASSOCIATION, <br><br> Defendants. | Case No.: 2:17-cv-01128-GMN-VCF <br><br> **MOTION TO WITHDRAW PATRICK J. DAVIS, ESQ. AS ATTORNEY OF RECORD** |
| SFR INVESTMENTS POOL I, LLC <br><br> Counter/Cross-Claimant <br><br> vs. <br><br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-6, ASSET-BACKED CERTIFICATES SERIES 2006; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE BENEFICIARY FOR ASTORIA FINANCIAL, LLC; ASHLEY THOMPSON, an individual <br><br> Counter/Cross-Defendants | |

# MOTION TO WITHDRAW PATRICK J. DAVIS, ESQ. AS ATTORNEY OF RECORD

EDGAR C. SMITH, ESQ. of the law firm WRIGHT, FINLAY & ZAK, LLP, hereby requests that Patrick J. Davis, Esq. be withdrawn as counsel of record in the above-referenced matter. Patrick J. Davis, Esq. is no longer employed at WRIGHT, FINLAY & ZAK LLP as of February 16, 2018, and no longer represents Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-6, Asset-Backed Certificates Series 2006-6.

The law firm of WRIGHT, FINLAY & ZAK, LLP, 7785 W. Sahara Ave., Suite 200, Las Vegas, Nevada 89117, will remain as counsel of record for Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-6, Asset-Backed Certificates Series 2006-6. For the reason that Mr. Davis is no longer associated with the law firm of WRIGHT, FINLAY & ZAK, LLP, counsel asks that this motion be granted and that Patrick J. Davis, Esq. be withdrawn as counsel of record and removed from the service list.

DATED this ____ day of February, 2018.

WRIGHT, FINLAY & ZAK, LLP
 */s/Edgar C. Smith, Esq.*
Edgar C. Smith, Esq.
Nevada Bar No. 5506
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
*Attorney for Plaintiff, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-6, Asset-Backed Certificates Series 2006-6*

## ORDER

IT IS HEREBY ORDERED that the Motion to Withdraw Patrick J. Davis, Esq. as Attorney of Record is hereby granted.

IT IS SO ORDERED this day of __February 22__, 2018.

_____
UNITED STATES MAGISTRATE JUDGE