WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
R. Samuel Ehlers Esq.
Nevada Bar No. 9313
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
sehlers@wrightlegal.net
*Attorney for Plaintiff/Counter/Cross-Defendants, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-6, Asset-Backed Certificates Series 2006-6*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-6, ASSET-BACKED CERTIFICATES SERIES 2006-6,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC; and INDEPENDENCE II HOMEOWNERS' ASSOCIATION,<br><br>Defendants. | Case No.: 2:17-cv-01128-GMN-VCF<br><br>**STIPULATION JUDGMENT AND ORDER TO DISMISS ALL CLAIMS** |
| SFR INVESTMENTS POOL I, LLC<br><br>Counter/Cross-Claimant,<br><br>vs.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-6, ASSET-BACKED CERTIFICATES SERIES 2006; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE BENEFICIARY FOR ASTORIA FINANCIAL, LLC; ASHLEY THOMPSON, an individual<br><br>Counter/Cross-Defendants. | |

## STIPULATION JUDGMENT AND ORDER TO DISMISS ALL CLAIMS

**COMES NOW**, Plaintiff/Counter/Cross-Defendants, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-6, Asset-Backed Certificates Series 2006-6 ("US Bank"); Defendant/Counter/Cross-Claimant, SFR Investments Pool 1, LLC ("SFR"); and Defendant, Independence II Homeowners Association ("HOA") (collectively "the Parties"), by and through their attorneys of record, hereby stipulate as follows:

1. This action concerns title to real property commonly known as 9329 Leisel Avenue, Las Vegas, Nevada 89148 ("Property") APN # 176-08-118-008 following a homeowner's association foreclosure sale conducted on May 18, 2011, with respect to the Property described as follows:

   **Parcel I:**
   Lot 572 in Block 10 of Quartersprings - Unit 2, as shown by map thereof on file in Book 122 of Plats, Page 04, in the Office of the County Recorder of Clark County, Nevada.

   Reserving therefrom an easement for private streets and common areas as shown and delineated on said map.

   **Parcel II:**
   An easement for ingress and egress over private streets and common areas as shown and delineated on said map.

2. As it relates to the Parties, a dispute arose regarding that certain Deed of Trust recorded against the Property in the Official Records of Clark County, Nevada as Instrument Number 20051222-0001429 ("Deed of Trust"), and in particular, whether the Deed of Trust continues to encumber the Property.

3. This Stipulation and Order is the result of a compromise resolution of this action and shall not constitute or be construed as an admission of the facts or legal conclusions at

issue in this action, or an admission as to the validity of the allegations in future actions.

4. With respect to this dispute, the Parties have entered into a confidential settlement agreement pursuant to which the Parties shall enter into this Stipulated Judgment to Quiet Title exclusively to SFR free and clear of any estate, claim or right held by US Bank which shall be recorded in the real property records of Clark County, Nevada.

5. U.S. Bank expressly reserves all rights and interests in the loan secured by the Deed of Trust, as well as its claims against the original borrower, Ashley Thompson, including but not limited, any actions to seek a deficiency judgment.

…

…

…

…

6. The Parties have resolved all of their claims and disputes, and stipulate and agree to the dismissal of all claims among them with prejudice, with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED this 9th day of July, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ R. Samuel Ehlers*
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff,*
*U.S. Bank National Association,*
*as Trustee for GSAA Home Equity*
*Trust 2006-6, Asset-Backed Certificates*
*Series 2006-6*

DATED this 9th day of July, 2020.

KIM GILBERT EBRON

*/s/ Diana S. Ebron*
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Diana S. Ebron, Esq.
Nevada Bar No. 10580
Karen L. Hanks, Esq.
Nevada Bar No.
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for Defendant/Counter/Cross-*
*claimant SFR Investments Pool 1, LLC*

DATED this 9th day of July, 2020.

GORDON REES SCULLY MANSUKHANI, LLP

*/s/ Brian K. Walters*
Robert S. Larsen, Esq.
Nevada Bar No. 7785
Brian K. Walters, Esq.
Nevada Bar No. 9711
300 South 4th Street, Suite 1550
Las Vegas, NV 89101
*Attorneys for Defendant Independence II*
*Homeowners Association*

### ORDER

**IT IS HEREBY ORDERED** that the above Stipulation for Dismissal of All Claims, (ECF No. 77), is **GRANTED**. Accordingly, the Status Conference set for July 10, 2020, is **VACATED**.

**DATED** this __9__ day of July, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court